**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LARRY EDWARD BAILEY, | No. CIV S-08-0548-LKK-CMK-P |
| Petitioner, | |
| vs. | <u>ORDER</u> |
| V.M. ALMAGER, | |
| Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition was originally filed in the United States District Court for the Northern District of California, and transferred to this court on March 11, 2008.

Prior to the transfer of this case, the Northern District granted petitioner's motion for leave to proceed in forma pauperis. The Northern District also screened the petition as required by Rule 4 of the Federal Rules Governing Section 2254 Cases. That court found it does not plainly appear from the petition and any attached exhibits that petitioner is not entitled to relief. <u>See id.</u> Accordingly, the court issued an order to show cause to the respondent why petitioner's writ of habeas corpus should not be issued. This order to show cause has not been

1

1 | vacated.

2 | Respondent, therefore, will be directed to file a response to petitioner's petition.[1]
3 | <u>See</u> <u>id.</u> If respondent answers the petition, such answer must comply with Rule 5 of the Federal
4 | Rules Governing Section 2254 Cases. Specifically, an answer shall be accompanied by any and
5 | all transcripts or other documents relevant to the determination of the issue(s) presented in the
6 | petition. <u>See</u> <u>id.</u>

7 | Accordingly, IT IS HEREBY ORDERED that:

8 | 1. Respondent is directed to file a response to petitioner's petition within 60
9 | days from the date of service of this order;

10 | 2. Petitioner's traverse or reply (if respondent files an answer to the petition),
11 | if any, or opposition or statement of non-opposition (if respondent files a motion in response to
12 | the petition) shall be filed and served within 30 days of service of respondent's response; and

13 | 3. The Clerk of the Court shall serve a copy of this order, together with a
14 | copy of petitioner's petition for a writ of habeas corpus on Michael Patrick Farrell, Senior
15 | Assistant Attorney General.

DATED: April 23, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

---

[1] By filing a response as directed by this order, respondent shall be deemed to have complied with the Norther Districts order to show cause.